**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of R. J., A Child

Appellate case number:    01-18-00729-CV

Trial court case number:   CV29910

Trial court:                     344th District Court of Chambers County

This Court's November 9, 2018 Order of Abatement had abated and remanded this case to the trial court to determine, among other things, whether to permit appellant E.M.'s appointed counsel, R. A. Reba Eichelberger, to remain as counsel, or to allow her to withdraw and appoint new counsel in this parental termination appeal. On November 16, 2018, the supplemental clerk's record was filed in this Court attaching the August 20, 2018 order granting Ms. Eichelberger's motion to withdraw and appointing Farrah Harper to represent appellant E.M. on appeal. The supplemental reporter's record was also filed on November 16, 2018, of the abatement hearing held that day in which both Ms. Eichelberger and Ms. Harper appeared, and the district clerk testified that she had inadvertently omitted the August 20, 2018 order in the clerk's record previously filed with this Court that day.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to remove R. A. Reba Eichelberger as appellant E.M.'s counsel, and to designate Farrah Harper as appellant E.M.'s new lead counsel.

Appellant E.M.'s brief is **ORDERED** to be filed within **20 days** of the date of this order, with no extensions to be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 2, 38.6(a)(1).

Appellee's brief, if any, is **ORDERED** to be filed within **20 days** of the date of the filing of appellant E.M.'s brief, with no further extensions to be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley_____
                              ☒ Acting individually    ☐ Acting for the Court
Date: __November 20, 2018_____